**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| **K.J., a minor, by and through his** ) <br> **mother and next friend, Leatrice;** ) <br> **and Leatrice,** ) <br> ) <br> **v.** ) <br> ) <br> **Gunnell** *et al.* ) | **Case No. 14-cv-2666** <br> **Judge Amy J. St. Eve** |

**CERTIFICATE OF SERVICE**

    I, the undersigned attorney, hereby certifies that on August 13, 2014, copies of **Defendant Gunnell's Motion To Dismiss Plaintiffs' Third Amended Complaint and Memorandum in Support** were filed electronically. Notice of this filing will be sent via electronic filing receipts. Parties may access these filings through the Clerk of the U.S. District Court's electronic filing system. All other parties will be served by mail.

                                          /s/ CYNTHIA M. BAASTEN_____
                                          One of Defendant's Attorneys

Alan T. Sraga
Cynthia M. Baasten
SRAGA HAUSER, LLC
2215 York Road, Suite 504
Oak Brook, IL 60523
(630) 928-1200
asraga@sragahauser.com
cbaasten@sragahauser.com