**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

KJ

                Plaintiff,

v.                                   Case No.: 1:14–cv–02666
                                          Honorable Amy J. St. Eve

James Gunnell, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 20, 2014:

      MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 8/20/2014 and continued to 9/23/2014 at 08:30 AM. Briefing is stayed on the pending motions to dismiss. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.